## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **KAREN MARSHALL, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br><br>**-v-**<br><br><br>**FRONTLINE ASSET STRATEGIES and LVNV FUNDING, LLC,**<br><br>**Defendants** | **Civil Case Number: 3:19-CV-00107-RLY-MPB**<br><br><br><u>**ORDER OF DISMISSAL**</u> |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' January 26, 2021 Stipulation of Dismissal, all claims asserted against all Defendants in Civil Action No. **3:19-CV-00107-RLY-MPB**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED this 26th day of January 2021.**

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Service of this filing will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.